UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 15-31806
Salvador and Julie Honrade )
)  Chapter: 13
)
)  Honorable Jack Schmetterer
)
)
Debtor(s) )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTORS' MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtors' plan is modified post-confirmation by having the student loans through Dept. of Education/nelnet be paid outside the plan;

2. Nothing in this Order shall require Trustee to do collections from creditors pursuant to any prior plan.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: July 13, 2016

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600