Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Salvador G. Honrade
5225 Birchbark Drive
Hoffman Estates, IL 60192
SSN: xxx−xx−6826 EIN: N.A.

Case No. : 15−31806
Chapter : 13
Judge : Jack B. Schmetterer

Julie D. Honrade
5225 Birchbark Drive
Hoffman Estates, IL 60192
SSN: xxx−xx−5375 EIN: N.A.

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: June 7, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 15-31806-JBS
Salvador G. Honrade                                                       Chapter 13
Julie D. Honrade
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccorona1           Page 1 of 1           Date Rcvd: Jun 07, 2019
                              Form ID: defdso13        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db/jdb         +Salvador G. Honrade,   Julie D. Honrade,   5225 Birchbark Drive,
                 Hoffman Estates, IL 60192-4142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           anelson@atty-pierce.com, northerndistrict@atty-pierce.com
          Dana N O'Brien    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           dana.obrien@mccalla.com, NDistrict@mccalla.com
          David H Cutler    on behalf of Debtor 1 Salvador G. Honrade cutlerfilings@gmail.com,
           r48280@notify.bestcase.com
          David H Cutler    on behalf of Debtor 2 Julie D. Honrade cutlerfilings@gmail.com,
           r48280@notify.bestcase.com
          Kinnera Bhoopal    on behalf of Creditor    Bayview Loan Servicing, LLC kinnera.bhoopal@mccalla.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 7